## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3084 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TED A. LEWIS SR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)      The defendant's motion, (filing no. 21), is granted.

2)      Pretrial Services shall make the necessary arrangements for a drug/alcohol evaluation of the defendant, with the cost of such evaluation paid by the Pretrial Services Office.

DATED this 8th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge